**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

ALBERTO CRUZ,

                Plaintiff,                21 **CIVIL** 10184 (GRJ)

   -v-                                          **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 15, 2022, that this case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

**Dated:**  New York, New York
           November 15, 2022

                                                **RUBY J. KRAJICK**

                                            _____
                                                 **Clerk of Court**

                            **BY:**
                                                 _____
                                                 **Deputy Clerk**